# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

Two Princess Street, Room 308
Wilmington, NC 28401-3947
910-679-2046
Fax: 910-815-4906

**DATE:** January 22, 2018

**FROM:** John A. Cooper
U.S. Probation Officer

**SUBJECT:** LEE, Michael Luvern
Case No.: 7:09-CR-78-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On March 18, 2010, pursuant to a guilty plea to Conspiracy to Possess with the Intent to Distribute 50 Grams or More of Cocaine Base (Crack), Michael Luvern Lee appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 84 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on April 9, 2015, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative. Mr. Lee was assessed and it was determined he presents a low risk to reoffend, and as such, he has been on low intensity supervision since September 2016. His supervised release is set to expire on April 8, 2020.

Based on his compliance, the probation office is requesting early termination of his supervised release. The U.S. Attorney's Office was contacted, however, we have not received a response. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____        1-24-18
Terrence W. Boyle                      Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                     Crim. No. 7:09-CR-78-1BO

**MICHAEL LUVERN LEE**

On April 9, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                       I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                          /s/ John A. Cooper  
Robert L. Thornton                                John A. Cooper  
Supervising U.S. Probation Officer            U.S. Probation Officer  
                                                      2 Princess Street, Suite 308  
                                                      Wilmington, NC 28401-3958  
                                                      Phone: 910-679-2046  
                                                      Executed On: January 22, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _24_ day of _January_, 2017.

Terrence W. Boyle  
U.S. District Judge